APPENDIX A to Complaint

Tax Parcels

7666702850

SEATTLE TIDE LDS EXT #1 VAC FLORIDA STR LESS S 50 FT & ALL VAC 16TH AVE SW ADJ TGW AREA IN FRONT OF LOT 1 WEST WATER WAY LEASEHOLD NO WP 108 - 128664 SQ FT & TGW AREA IN FRONT OF POR OF VAC FLORIDA ST LEASE HOLD NO WP 139A - 22735 SQ FT TGW AREA IN FRONT OF LOT 1 IN WEST WATER WAY LEASE HOLD NO WP 139B - 64000 SQ FT (TAXABLE THRU PERSONAL PROP) AND ALSO TGW POR OF SEATTLE TIDE LDS REPL BLK 397 DAF - POR OF BLKS C-D-E & VAC STS ADJ - BEG ON EAST LN BLK C 44.18 FT SOUTH OF NE COR TH S 76-42-13 W 300.00 FT TH NORTH 188.96 FT TO NORTH LN BLK E TH SWLY 254.89 FT TO NW COR SD BLK E TH SOUTH TO SW COR BLK D TH N 76-42-12 E 190.91 FT TH NORTH PLW EAST LN BLK C 327.23 FT TH N 76-42-12 E 142.00 FT TH SOUTH 6.85 FT TH EAST 216.63 FT TO EAST LN OF BLK C TH NORTH 466.56 FT TO BEG DNR LEASE #22-090036

PLat Block: 404 &

Plat Lot: POR

======================================================================

7666702851

SEATTLE TIDE LDS EXT # 1 AREA IN FRONT OF W 1/2 OF 16TH AVE SW & E OF ABOVE BLK-SEE MINOR # 2850 TAXABLE THRU PERSONAL PROPERTY DNR LEASE #22-A02202

PLat Block: 404

Plat Lot: POR

======================================================================

7666702852

SEATTLE TIDE LDS EXT # 1 AREA IN FRONT OF BLK 404-SEE MINOR # 2850 TAXABLE THRU PERSONAL PROPERTY

PLat Block: 404

Plat Lot: POR

======================================================================

7671800254

SEATTLE TIDE LDS REPL BLK 397 AREA IN FRONT OF LOT 2 & POR 1 - SEE #766670-2850 TAXABLE THRU PERSONAL PROPERTY

PLat Block: E

Plat Lot: 1-2



**Vigor Shipyards**
**Harbor Island, Seattle WA**
**NRD Settlement Tax Parcels and Project Sites**

I:\GIS\Projects\TODD\MXD\Task_5000\NRD Settlement Tax Parcels and Project Sites.mxd
10/14/2020