# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY; MUCKLESHOOT INDIAN TRIBE; SUQUAMISH TRIBE,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIGOR INDUSTRIAL LLC, and EXXON MOBIL CORPORATION,<br><br>    Defendants. | Case No. 21-44<br><br>NOTICE OF RELATED CASES |

NOTICE OF RELATED CASES     - 1 -     U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115

1  The United States files this Notice, pursuant to Local Rule 3(g), to inform the Court of
2  two related cases pending before Judge James L. Robart:

3  (1) *United States of America, on behalf of the National Oceanic and Atmospheric*
4  *Administration and the United States Department of the Interior; the State of Washington*
5  *through the Washington Department of Ecology; the Muckleshoot Indian Tribe, and the*
6  *Suquamish Tribe v. City of Seattle*, case no. cv-16-1486-JLR; and

7  (2) *United States of America, on behalf of the National Oceanic and Atmospheric*
8  *Administration and the United States Department of the Interior; the State of Washington*
9  *through the Washington Department of Ecology; the Muckleshoot Indian Tribe, and the*
10 *Suquamish Tribe v. Earle M. Jorgensen Company*, case no. cv-19-00907-JLR.

11 The related cases involve similar claims by the same Plaintiffs for natural resource
12 damages in the Lower Duwamish River under Section 107 of the Comprehensive Environmental
13 Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §
14 9607; the Model Toxics Control Act ("MTCA"), RCW 70A.305; Section 311 of the Clean Water
15 Act ("CWA"), 33 U.S.C. § 1321; and Section 1002(b)(2)(A) of the Oil Pollution Act of 1990
16 ("OPA"), 33 U.S.C. § 2702(b)(2)(A). While the three cases allege claims against different
17 defendants, based on each defendant's respective ownership and/or operation of different
18 facilities along or near the Lower Duwamish River, all three cases include settlements that are
19 based on the same estimate of total natural resource damages in the Lower Duwamish River and
20 each defendant's equitable share of those damages. Accordingly, there may be an unduly
21 burdensome duplication of labor for the Court and the potential for conflicting results if the cases
22 are conducted before different judges.

23 Dated: January 14, 2021

UNITED STATES OF AMERICA

 /s Erika M. Wells
ERIKA M. WELLS
Senior Counsel
Environmental Enforcement Section

NOTICE OF RELATED CASES     - 2 -     U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115

Environment & Natural Resources Division
U.S. Department of Justice, c/o NOAA
7600 Sand Point Way, NE
Seattle, Washington 98115
(206) 526-6608

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF RELATED CASES

- 3 -

U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2021, a copy of the foregoing, NOTICE OF RELATED CASES, was served by the Court's CM/ECF system upon all persons registered to receive filings in this matter. In addition, I served a copy via electronic mail to the following counsel:

*Counsel for Defendant Vigor Industrial, LLC*

>Charles Blumenfeld
>Perkins Coie LLP
>(206) 359-6364  cblumenfeld@perkinscoie.com

*Counsel for Defendant Exxon Mobil Corp.*

>Kevin J. Vaughan
>Senior Counsel, Environmental & Safety
>Exxon Mobil Corporation
>22777 Springwoods Village Pkwy., N1.4A.481 Spring, TX 77389
>832-625-8251
>kevin.j.vaughan@exxonmobil.com

s/ Erika M. Wells