# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY; MUCKLESHOOT INDIAN TRIBE; SUQUAMISH TRIBE, <br><br> Plaintiffs, <br><br> v. <br><br> VIGOR INDUSTRIAL LLC, and EXXON MOBIL CORPORATION, <br><br> Defendants. | Case No. 21-44 <br><br> NOTICE OF LODGING CONSENT DECREE |

NOTICE OF LODGING
CONSENT DECREE

- 1 -

U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115

1 Concurrent with the filing of the Complaint, the United States hereby lodges with the Court, on behalf of all of the parties to this case, a proposed Consent Decree resolving the claims alleged in the Complaint. The proposed Consent Decree is attached to this Notice of Lodging as Attachment A.

Pursuant to 28 C.F.R. § 50.7, the decree cannot be entered by the Court until there has been an opportunity for public comment on it. Once the decree has been lodged, the United States must publish in the Federal Register a notice of the lodging of the decree. The public will be given 30 days to comment on the decree. Once the 30-day comment period has expired, the Plaintiffs may then initiate entry of the decree. If the Plaintiffs initiate entry of the decree, they will provide to the Court a response to any public comments received.

Accordingly, the United States requests that the Court take no action on the Consent Decree at this time. After expiration of the comment period, the Plaintiffs will initiate entry of the decree, if appropriate in light of public comments, and will inform the Court of any public comments and the Plaintiffs' responses to the comments.

Dated: January 14, 2021

UNITED STATES OF AMERICA

 /s Erika M. Wells_____
ERIKA M. WELLS
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice, c/o NOAA
7600 Sand Point Way, NE
Seattle, Washington 98115
(206) 526-6608

NOTICE OF LODGING
CONSENT DECREE

- 2 -

U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2021, a copy of the foregoing, NOTICE OF LODGING CONSENT DECREE, was served by the Court's CM/ECF system upon all persons registered to receive filings in this matter. In addition, I served a copy via electronic mail to the following counsel:

*Counsel for Defendant Vigor Industrial, LLC*

    Charles Blumenfeld
    Perkins Coie LLP
    (206) 359-6364  cblumenfeld@perkinscoie.com

*Counsel for Defendant Exxon Mobil Corp.*

    Kevin J. Vaughan
    Senior Counsel, Environmental & Safety
    Exxon Mobil Corporation
    22777 Springwoods Village Pkwy., N1.4A.481 Spring, TX  77389
    832-625-8251
    kevin.j.vaughan@exxonmobil.com

s/ Erika M. Wells